LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASRIN TAYMOORI, | Case No. CV12-2621 CAS (SHx) |
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |
| vs. | |
| NCMIC INSURANCE COMPANY, PRUDENTIAL INSURANCE COMPANIES, STANLEY MCDONALD AGENCY OF ILLINOIS, INC., and DOES 1 through 100, inclusive, | |
| Defendants. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. CV12-2621 CAS (SHx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: April 18, 2013

_____
Hon. Christina A. Snyder
United States District Court Judge